UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

BRANDON L. JONES,

Plaintiff,

v.

JORDAN NICOLE LAW,

Defendant.

CAUSE NO. 2:26-CV-276-JD-JEM

OPINION AND ORDER

Brandon L. Jones, a prisoner without a lawyer, filed a complaint alleging

Prosecuting Attorney Jordan Nicole Law filed criminal charges against him without

probable cause and made material misrepresentations to the court about his State

criminal case. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se*

complaint, however inartfully pleaded, must be held to less stringent standards than

formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007)

(quotation marks and citations omitted). Nevertheless, under 28 U.S.C. § 1915A, the

court must review the merits of a prisoner complaint and dismiss it if the action is

frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks

monetary relief against a defendant who is immune from such relief.

"[I]n initiating a prosecution and in presenting the State's case, the prosecutor is

immune from a civil suit for damages under § 1983." *Imbler v. Pachtman*, 424 U.S. 409,

431 (1976). "Absolute immunity shields prosecutors even if they act maliciously,

unreasonably, without probable cause, or even on the basis of false testimony or

evidence." *Smith v. Power*, 346 F.3d 740, 742 (7th Cir. 2003) (quotation marks and citation omitted).

This complaint does not state a claim for which relief can be granted. "The usual standard in civil cases is to allow defective pleadings to be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). "District courts, however, have broad discretion to deny leave to amend a complaint where the amendment would be futile." *Russell v. Zimmer, Inc.*, 82 F.4th 564, 572 (7th Cir. 2023). For the reasons previously explained, such is the case here.

For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A because it is legally frivolous to sue a defendant who has prosecutorial immunity.

SO ORDERED on June 17, 2026

/s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT